## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**TIMOTHY L. POPPELL,**

     **Petitioner,**

**v.**                                  **Case No. 5:18cv188/MCR/MJF**

**UNITED STATES DEPARTMENT**
**OF VETERANS AFFAIRS,**

     **Respondent.**

_____/

## ORDER

     This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge dated October 14, 2020.   ECF No. 43.   The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).   No objections have been filed.   On de novo review, the Court has determined that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.   Therefore, the Court finds that the Report and Recommendation is due to be adopted.

     Accordingly, it is **ORDERED:**

     1.    The Magistrate Judge's Report and Recommendation, ECF No. 43, is adopted and incorporated by reference in this order.

2.     This action is **DISMISSED** without prejudice for Plaintiff's failure to comply with two court orders and his failure to prosecute.   The Clerk is directed to close the file for all purposes.

**DONE AND ORDERED** this 18th day of November, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 5:18cv188/MCR/MJF